In re Marriage of Raymond HOWARD and Dorothy Jean Howard.

**Raymond Howard, Petitioner/Appellant,**

v.

**Dorothy Jean Howard, Respondent/Respondent.**

No. ED 86741.

Missouri Court of Appeals, Eastern District, Division Three.

May 16, 2006.

Raymond Howard, St. Louis, MO, Appellant Acting Pro se.

Kamilah Hall, St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, JR., J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Husband, Raymond Howard, appeals from a decree of dissolution of marriage. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).